Matter of Jaylynn J. (2024 NY Slip Op 03596)

Matter of Jaylynn J.

2024 NY Slip Op 03596

Decided on July 3, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 3, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

239 CAF 22-00927

[*1]IN THE MATTER OF JAYLYNN J. STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; JANICE M., AND ROBERT M.M., II, RESPONDENTS-APPELLANTS. (APPEAL NO. 2.)

MULLEN ASSOCIATES PLLC, BATH (ALAN P. REED OF COUNSEL), FOR RESPONDENT-APPELLANT ROBERT M.M., II.
THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT JANICE M.
MARY HOPE BENEDICT, BATH, ATTORNEY FOR THE CHILD.

Appeals from an order of the Family Court, Steuben County (Philip J. Roche, J.), entered December 27, 2021, in a proceeding pursuant to Family Court Act article 10. The order, among other things, placed the subject child in the custody of petitioner and issued "a complete stay-away order of protection" on behalf of the subject child against both respondents. 
It is hereby ORDERED that the order so appealed from is unanimously modified on the law by vacating the order of protection against respondent Robert M.M., II, and as modified the order is affirmed without costs.
Same memorandum as in Matter of Jaycob S. (Janice M.) ([appeal No. 1] — AD3d — [July 3, 2024] [4th Dept 2024]).
Entered: July 3, 2024
Ann Dillon Flynn
Clerk of the Court